# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | | |
|---|---|---|
| **BERRY SHERWOOD TINSLEY,** | : | |
| | : | |
| **Petitioner,** | : | **Case No.: 5:10-CV-32 (CAR)** |
| | : | |
| **v.** | : | |
| | : | |
| **STEVEN ROBERTS, WARDEN,** | : | **28 U.S.C. § 2254** |
| | : | |
| **Respondent.** | : | |
| _____ | : | |

## *ORDER ON THE REPORT AND RECOMMENDATION*
## *OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 11] to dismiss Petitioner's claim as untimely pursuant to the Anti-Terrorism and Effective Death Penalty Act (AEDPA). 28 U.S.C. § 2244(d). Petitioner has not entered an objection to the Recommendation. Upon review of the Recommendation and consideration of the matter, the Court agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**. Respondent's Motion [Doc. 7] is hereby **GRANTED**, and the Petition is **DISMISSED**.

**SO ORDERED,** this 5th day of November, 2010.

S/ C. Ashley Royal
C. ASHLEY ROYAL, JUDGE
UNITED STATES DISTRICT COURT

THC